O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br>SEAN ELLIOT WASHINGTON,<br><br>  Defendant.<br>_____ | CASE NO. CR13-644-CAS<br><br>FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On June 2, 2014, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on February 27, 2014 and May 21, 2014. Government counsel, Steven Cazares, the defendant and his appointed DFPD attorney, Lisa Shinar LaBarre, were present. The U.S. Probation Officer, R. William Crovella, II, was also present.

The defendant admitted the allegations, in violation of his supervised release, as stated in the Petitions filed on February 27, 2014 and May 21, 2014. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on October 15, 2001.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of time served.

Upon release from imprisonment, defendant shall be placed on supervised release for a period of twelve (12) months, under the same terms and conditions previously imposed, with the added condition, as follows:

- Defendant shall enroll and complete the inpatient program at Pacifica House, as directed by the U.S. Probation Office. Defendant shall comply with all rules and regulations of the inpatient program, until discharged by the program's representative and/or his probation officer.

Bond is exonerated forthwith.

FILE/DATED: June 2, 2014

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
Catherine M. Jeang, Deputy Clerk