O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>  v.<br>SEAN ELLIOT WASHINGTON,<br><br>      Defendant. | CASE NO. CR13-644-CAS<br><br>FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On March 30, 2015 and April 20, 2015, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on January 15, 2015. Government counsel, Julius Nam, the defendant and his appointed DFPD attorney, Lisa Shinar LaBarre, were present. The U.S. Probation Officer, R. William Crovella, II, was also present.

The defendant admitted allegations 1 and 2, in violation of his supervised release as stated in the petition filed January 15, 2015. The defendant denied allegations 3 and 4 of the petition filed January 15, 2015. The Court granted the government's request to withdraw allegations 3 and 4 of the petition filed January 15, 2015. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on June 2, 2014.

///

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is revoked. Defendant is hereby committed to the custody of the Bureau of Prisons for a term eight (8) months.

Upon release from imprisonment, defendant shall be placed on supervised release for a period of two (2) years, under the same terms and conditions previously imposed, with the added condition, as follows:

- The defendant shall reside at a residential re-entry center (RRC), under the community corrections component, for a period not to exceed twelve (12) months, and shall comply with all rules and regulations of the RRC, until discharged by the program director, with the approval of the Probation Officer; and
- During the course of supervision, the Probation Officer, with the agreement of the defendant and defense counsel, may place the defendant in a residential drug treatment program approved by the United States Probation Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs, and the defendant shall reside in the treatment program until discharged by the Program Director and Probation Officer, if necessary.

FILE/DATED:   April 27, 2015

_/s/ Christina A. Snyder_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: __/S/_____
Catherine M. Jeang, Deputy Clerk