

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN ELLIOT WASHINGTON,<br><br>Defendant. | Case No. CR 13-0644-CAS<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On May 4, 2017, Defendant made his initial appearance on the petition and warrant for revocation of supervised release issued by this Court in the Eastern District of Missouri. A detention hearing was held on May 9, 2017 and a detention order was issued on May 10, 2017 in conjunction with an Order of transfer to this district.

On June 12, 2017, Defendant appeared before the Court for initial appearance in this district on the petition and warrant for revocation of supervised

release. Defendant was represented by Deputy Federal Public Defender Deborah Gonzalez, who was appointed to represent Defendant.

The Court has reviewed the Pretrial Services Report which concurs with the recommendation of detention set forth in the Pretrial Services Report dated May 8, 2017 and issued in the Eastern District of Missouri, and the allegations in the Violation Petition. The Government has requested that defendant be detained pending a supervised release revocation hearing based on risk of flight and danger to the community.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ Defendant has reportedly used alias names, dates of birth and social security numbers in his contacts with law enforcement
> ☒ Allegations in the petition and current violation status
> ☒ Defendant has a history of failing to appear in Court

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

> ☒ allegations in the petition which Defendant absconding from supervision after multiple failures to report as directed.
> ☒ criminal history

☒ Defendant has sustained previous revocation s of supervised release due to noncompliance with conditions

☒ Defendant is affiliated with a street gang.

### III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: June 13, 2017

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE