O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR13-644-CAS - 1 |
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF |
| | ) | SUPERVISED RELEASE AND |
| SEAN ELLIOT WASHINGTON, | ) | JUDGMENT |
| Defendant. | ) | |
| | ) | |
| | ) | |

On June 28, 2017 and August 2, 2017, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on January 26, 2017 and June 22, 2017. Government counsel, Shawn Andrews, the defendant and his appointed DFPD attorney, Lisa Shinar LaBarre, were present. The U.S. Probation Officer, America Bailon and Cordelle Johnson, was also present.

The defendant admitted allegations 1, 2, 3, 7, 8 and 9 in violation of his supervised release as stated in the petition filed January 26, 2017 and June 22, 2017. The defendant denied allegations 5 and 6 of the petitions filed January 26, 2017 and June 22, 2017. The Court granted the government's request to withdraw allegations 4, 5 and 6 of the petitions filed January 26, 2017 and June 22, 2017. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on October 15, 2001, June 2, 2014, and April 27, 2015.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is revoked. Defendant is hereby committed to the custody of the Bureau of Prisons for a term six (6) months.

Upon release from imprisonment, defendant shall be placed on supervised release for a period of twelve (12) months, under the same terms and conditions previously imposed, with the added condition, as follows:

• The defendant shall reside in a Dual-Diagnosis Treatment Center as recommended by the Probation Officer, for a period of at least six months (6) months and not to exceed twelve (12) months, and shall comply with all rules and regulations of the Dual-Diagnosis Treatment Program, until discharged by the program director, with the approval of the Probation Officer. The defendant shall be released from the Bureau of Prisons directly to the Probation Officer and/or a Representative of the treatment program.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:    August 2, 2017

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY, CLERK


By:___/S/_____
    Catherine M. Jeang,  Deputy Clerk