O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SEAN ELLIOT WASHINGTON, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO. CR13-644-CAS - 1 <br><br> FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On December 18, 2017, this matter came before the Court on Petition on Probation and Supervised Release originally filed on November 15, 2017. Government counsel, Shawn Andrews, the defendant and his appointed DFPD attorney, Lisa Shinar LaBarre, were present. The U.S. Probation Officer, America Bailon, was also present.

The defendant admitted allegation no. 2, in violation of his supervised release as stated in the petition filed November 15, 2017. The Court granted the government's request to withdraw allegation no. 1, of the petition filed November 15, 2017. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on October 15, 2001, June 2, 2014, April 20, 2015, and August 2, 2017.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is revoked. Defendant is hereby committed to the custody of the Bureau of Prisons for a term five (5) months.

Upon release from imprisonment, defendant shall be placed on supervised release for a period of eighteen (18) months, under the same terms and conditions previously imposed.

The Court FURTHER ORDERS that upon release from imprisonment, the defendant shall be released from the Bureau of Prisons directly to the Representative of the inpatient Dual-Diagnosis Treatment Center program, upon designation.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: December 19, 2017

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY, CLERK

By: ___/S/_____
Catherine M. Jeang, Deputy Clerk